

| | | |
|---|---|---|
| **New York** | **Miami** | **Rome** |
| 15 Maiden Lane, Suite 1208 | 1000 Fifth Street, Suite 200 | Via in Arcione, 17 |
| New York, NY 10038 | Miami Beach, FL  33139 | 00187 Rome, Italy |
| +1 212.766.2469 (Phone) | +1 305 479 2616 (Phone) | +39 06 32110750 (Phone) |
| +1 212.401.4325 (Fax) | +1 866 428 3369 (Fax) | +39 06 38502821 (Fax) |

Sender's Email: igrande@disantolaw.com

VIA ECF                                                                                                                April 5, 2011

Hon. Kiyo A. Matsumoto
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Re:     *Patrick Collins, Inc. v. John Does 1-8,*

          Civil Action No. 11-Civ-1265


Dear Judge Matsumoto:

We represent plaintiff Patrick Collins, Inc. in the above captioned lawsuit.  In support of this lawsuit, please find the following attachments:

1) Motion for Leave to Serve Third Party with Exhibit A and Proposed Order
2) Notice of Filing with Declaration of Tobias Fieser, Exhibit A and Exhibit B


Very truly yours,



Ignatius Grande

{00005861.DOC:1 }                                                    1